UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EARLE STEINBERG,   Case No. 09-11836

        Plaintiff,   HONORABLE SEAN F. COX
                                                          United States District Judge

v.

CHARLES YOUNG, et al.,

        Defendants.
_____/

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL [Doc. No. 65]

Following a hearing regarding McDonald Hopkins PLC's Motion to Withdraw as Counsel for Defendants Charles Young, Jr. ("Mr. Young"), and SDE Business Partnering, LLC, SDE-MRO Express, Inc., SDE-MRO Express, LLC, OU Home, Inc., OU Village, Inc., Operation Unification, Inc., 514 E. Stewart St., LLC, 302 W. Baltimore Blvd., LLC, 2012 Clifford St., LLC, 2106 Begole St., LLC,1076 Kurtz Ave., LLC, 5910 Edwards Ave., LLC, 615 Lippincott Blvd., LLC, 2309 Begole St, LLC, and 5423 Fairhaven St., LLC ("the Corporate Defendants") [Doc. No. 65], it is ordered as follows:

1. McDonald Hopkins PLC's Motion to Withdraw as Counsel [Doc. No. 65] is granted.

2. Mr. Young or an attorney on his behalf must appear in Court on **December 21, 2009 at 2:30 p.m.** for a **status conference**. Further, an attorney on behalf of the Corporate Defendants must appear in Court on **December 21, 2009 at 2:30 p.m.** for a **status conference**.

3. If Mr. Young or an attorney on his behalf does not appear at the **status**

      **conference** scheduled for **December 21, 2009 at 2:30 p.m.**, the Court will consider a Motion for Default Judgment, or a Motion to Strike Answer(s), against Mr. Young as well as sanctions including costs and attorney fees.

4. If an attorney does not appear on behalf of the Corporate Defendants at the **status conference** scheduled for **December 21, 2009 at 2:30 p.m.**, the Court will consider a Motion for Default Judgment, or a Motion to Strike Answer(s), against the Corporate Defendants as well as sanctions including costs and attorney fees.

5. All discovery in this matter involving Mr. Young or the Corporate Defendants shall be stayed until the **status conference** scheduled for **December 21, 2009.**

6. Until such time as an attorney files an appearance on behalf of Mr. Young, all Court correspondence directed to Mr. Young will be mailed to 5211 Linden Road, Flint, Michigan 48504, the address Mr. Young gave the Court during the November 19, 2009 hearing.

7. Until such time as an attorney files an appearance on behalf of the Corporate Defendants, all Court correspondence directed to the Corporate Defendants will be mailed to 5211 Linden Road, Flint, Michigan 48504, the address Mr. Young gave the Court during the November 19, 2009 hearing.

**IT IS SO ORDERED**.

                                  s/Sean F. Cox  
                                  Sean F. Cox  
                                  United States District Judge

Dated: November 20, 2009

UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | |
|---|---|
| EARLE STEINBERG, | Case No. 09-11836 |
| Plaintiff, | HONORABLE SEAN F. COX<br>United States District Judge |
| v. | |
| CHARLES YOUNG, et al., | |
| Defendants.<br>_____/ | |

PROOF OF SERVICE

I hereby certify that on November 20, 2009, a copy of the foregoing document was served upon counsel of record via electronic means and upon Charles Young via ordinary mail at the address below:

Charles Young
5211 Linden Road
Flint, MI 48504

                                                s/Jennifer Hernandez
                                                Case Manager